**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| IN RE: | ) | In Proceedings |
|    Jeffrey R Maloney | ) | Under Chapter 13 |
| | ) | |
|    Beth A Maloney | ) | |
| | ) | Bk. No: 09-32465 |
|    Debtor(s) | ) | |

**NOTICE OF INVALID ADDRESS FOR TRUSTEE DISBURSEMENTS**

  **NOTICE IS HEREBY GIVEN** that the U. S. Postal Service has returned the September disbursement check sent to HSBC AUTO FINANCE at  P. O. BOX 60130, CITY OF INDUSTRY, CA  91716-0130  due to an invalid/insufficient address.  As such, until the creditor and/or Debtor(s) file a *Notice of Change of Address for Trustee Payments*\* with the Court, the Trustee shall refrain from making any further disbursements to this creditor at the payment address listed above.  Rather, the Trustee shall reserve future funds until (i) the filing of the required Notice of Change of Address for Trustee Payments; or (ii) the funds are tendered to the registry of the Court.  A copy of the requisite form can be obtained on the Trustee's website at www.simonch13trustee.com.

  **\*The filing of the *Notice of Change of Address for Trustee Payments* should not be construed to affect the Court's Mailing Matrix.  Rather, the required Notice is to be used solely by the Chapter 13 Trustee to disburse payments due under the Plan.**

Respectfully submitted on this day, Thursday, November 18, 2010.

                                                        **/s/Russell C. Simon**
                                                        RUSSELL C. SIMON
                                                        Chapter 13 Trustee
                                                        33 Bronze Pointe, Suite 110
                                                        Swansea, IL  62226
                                                        Telephone: (618) 277-0086
                                                        Telecopier: (618) 234-0124

JW

**Certificate of Service**

    I hereby certify that a true and correct copy of the above and foregoing Notice of Invalid Address for Trustee Disbursements has been mailed to the following interested parties who have not been electronically notified on this day, Thursday, November 18, 2010, with the correct postage prepaid and deposited in the U.S. Mail in Belleville, IL.

                                        /s/ Jeffrey

Jeffrey R Maloney
Beth A Maloney
729 St John Dr
Belleville, IL  62221


HSBC AUTO FINANCE
P. O. BOX 60130
CITY OF INDUSTRY, CA  91716-0130


HSBC AUTO FINANCE
P. O. BOX 829009
DALLAS, TX  75382-9009


HSBC AUTO FINANCE
PO BOX 961245
FORT WORTH, TX 76161-0244