**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| IN RE: | ) | In Proceedings |
|    Jeffrey R Maloney | ) | Under Chapter 13 |
| | ) | |
|    Beth A Maloney | ) | |
| | ) | Bk. No: 09-32465 |
|    Debtor(s) | ) | |

**NOTICE OF PURPORTED TRANSFER/ASSIGNMENT OF CLAIM**

   **NOTICE IS HEREBY GIVEN** that <u>HOUSEHOLD FINANCE CORPORATION</u> has returned the August disbursement check sent to it at <u>636 GRAND REGENCY BLVD, BRANDON, FL  33510</u> stating that this claim has been transferred and/or assigned.  As such, until either the original creditor, the assignee/transferee and/or Debtor(s) file an Assignment of Claim with the Court, the Trustee shall refrain from making any further disbursements on this claim.  Rather, the Trustee shall reserve future funds until (i) the filing of the required Notice of Transfer/Assignment of Claim; or (ii) the funds are tendered to the registry of the Court.

   Respectfully submitted on this day, Friday, October 3, 2014.

   **/s/Russell C. Simon**
   RUSSELL C. SIMON
   Chapter 13 Trustee
   24 Bronze Pointe
   Swansea, IL  62226
   Telephone: (618) 277-0086
   Telecopier: (618) 234-0124

MB

**Certificate of Service**

    I hereby certify that a true and correct copy of the above and foregoing Notice of Purported Transfer/Assignment of Claim was served on the parties listed below by ordinary U.S. Mail (with the correct postage prepaid and deposited in the U.S. Mail in Belleville, IL) or served electronically through the Court's ECF System at the email address registered with the Court on this day, Friday, October 3, 2014.


                                        /s/ Mindy

Jeffrey R Maloney  
Beth A Maloney  
729 St John Dr  
Belleville, IL  62221


KARL J. WULFF  
904 VANDALIA  
COLLINSVILLE, IL 62234


HOUSEHOLD FINANCE CORPORATION  
636 GRAND REGENCY BLVD  
BRANDON, FL  33510


HSBC FINANCE CORP  
P. O. BOX 829009  
DALLAS, TX  75382-9009


GREEN TREE  
SERVICING  
ATTN: BK  
TRUSTEE-DEPT.  
CH0049  
5505 N CUMBERLAND  
AVE STE 307  
CHICAGO, IL 60656